**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02295-REB-MJW

CENTURY COLORADO SPRINGS PARTNERSHIP, d/b/a Adelphia Cable Communications, a Delaware general partnership,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipal corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 8, 2006, the parties filed a **Stipulation of Dismissal of City of Colorado Springs** [#23]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of City of Colorado Springs** [#23], filed March 8, 2006, is **APPROVED**;

2. That this action is **DISMISSED**;

3. That the Trial Preparation Conference set for May 4, 2007, is **VACATED**; and

2

    4.  That the trial to the court set to commence May 29, 2007, is **VACATED**.

Dated March 9, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**